**SO ORDERED.**

**SIGNED this 11 day of January, 2024.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| In RE:<br>Brittany Nicole Mitchell<br>Myron Keith Mitchell, Jr.<br>801 E. Gordon Street<br>Quitman, GA 31643<br><br>Debtor (s)  SSN:<br>XXX-XX-4391<br>XXX-XX-4642 | Chapter 13<br><br><br>Case No. 23-70891-JTL |

Order Confirming Plan Awarding Attorney's Fees Providing Extension Of The Plan
Beyond 36 Months And Providing Payment Of A Small Percentage Plan

The debtor's(s') plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtor's(s') plan, or plan as modified, complies with Section 1325 of the Bankruptcy Code, 11 U.S.C. Section 1325, and with other applicable provisions of Title 11 of the United States Code as shown by Exhibit "A" attached hereto; and sufficient cause having been shown for the length of the plan to be extended beyond thirty-six months; and the debtor(s) having testified under oath at the first meeting of creditors to facts sufficient to establish that this small percentage plan is filed in good faith as that term is defined in <u>In Re Kitchens</u>, 702 F.2d 885 (11th Cir. 1983); and
The Chapter 13 Trustee having recommended that the debtor's(s') plan to be confirmed; it is

ORDERED that the debtor's(s') plan, or plan as amended, which plan is attached hereto as Exhibit "A" and incorporated herein by reference, is confirmed, and the debtor(s) is furthered ordered to strictly comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

ORDERED that an award of $3,900.00  is made to Thomas D. Lovett with Kelley,  Lovett and Sanders, P.C. as interim compensation this case pursuant to Section 331 of the Bankruptcy Code for the attorney services rendered in this case . The attorney has previously been paid $0.00. The Trustee is directed to pay the balance of  $3,900.00 as an administrative expense; and it is further

ORDERED that all pending motions to dismiss filed by the Chapter 13 Trustee are hereby withdrawn , unless a separate order has been entered resolving the motion.

END OF DOCUMENT

| | |
|---|---|
| P.O. Box 1907<br>Columbus, GA 31902<br>Phone (706) 327-4151<br>ecf@ch13trustee.com | /s/ Jon DeLoach<br>_____<br>Jon DeLoach, Trustee |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

RE:                                                                                                         Case No. 23-70891-JTL
Brittany Nicole Mitchell
Myron Keith Mitchell, Jr.
801 E. Gordon Street
Quitman, GA 31643

---

Trustee's Report

**Payment Schedule**

| Payor | Amount | Start Date | Length |
|---|---|---|---|
| Cardiovascular Consultants Of South Geor | $525.00 | October 07, 2023 | 3.00 |
| Reames Construction Co. | $525.00 | October 07, 2023 | 3.00 |
| Cardiovascular Consultants Of South Geor | $558.50 | January 07, 2024 | End of Plan |
| Reames Construction Co. | $558.50 | January 07, 2024 | End of Plan |

Commitment Period: 36 Month Minimum
Anticipated Plan Length: 60 Months

From the payments so received, the trustee shall make disbursements as follows:

| Creditor Name | Value | Description | Int | Payment |
|---|---|---|---|---|
| **Secured - Vehicle** | | | | |
| Bay Credit Union | Debt | 2015 Dodge Challenger (910) | 8.00 | $677.00 |
| Santander Consumer Usa Inc. | Debt | 2018 Nissan Altima | 8.00 | $208.00 |
| **Paid Outside Secured** | | | | |
| American First Finance | | Bed Frame/Set Lease | | |
| Landlord | | Residential Lease; Assumes Lease | | |
| **Paid Outside Unsecured** | | | | |
| 1St Franklin Financial | | New Money | | |

All 11 U.S.C. § 507 Priority claims will be paid in full over the life of the plan.

**Nonstandard Provisions**:
The standard language and specific terms contained in the Middle District of Georgia's model Chapter 13 plan and any special provisions added to the plan or modified plan by the debtor are incorporated by reference.

0.00% will be paid to unclassified unsecured creditors.
If the debtor proposes to pay less than 100% to the unsecured creditors, the debtor will pay 36 monthly payments before becoming eligible for a discharge. If the case has an applicable commitment period of 60 months, the debtor will pay a minimum of 57 months unless another term is stated in special provisions before becoming eligible for a discharge.

The Trustee recommends this plan be confirmed as it complies with all of the requirements of 11 U.S.C. Section 1325.

EXHIBIT "A"

P.O. Box 1907                                                                                                          /s/ Jon DeLoach
Columbus, GA 31902
Phone (706) 327-4151                                                                                              Jon DeLoach, Trustee
ecf@ch13trustee.com